UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-3811-MMM (SP) | Date | October 14, 2014 |
|---|---|---|---|
| Title | KARL MASEK v. CITY OF GLENDALE, et al. | | |

| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** | |
|---|---|---|
| Kimberly Carter | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff(s):      Attorneys Present for Defendant(s):

None Appearing      None Appearing

**Proceedings:**    **(IN CHAMBERS) SECOND ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On May 23, 2014, pro se plaintiff Karl Masek filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff challenged a no-smoking ordinance in the City of Glendale as unconstitutionally vague, and contended that Glendale police officers violated his civil rights by searching and harassing him when he was not violating the ordinance. On July 15, 2014, this court, having completed screening of the complaint, found it subject to dismissal in large part, but granted plaintiff leave to file a First Amended Complaint by August 14, 2014.

Plaintiff did not file a First Amended Complaint or otherwise communicate with the court by the August 14, 2014 deadline. Accordingly, on September 2, 2014, the court issued an Order to Show Cause, ordering plaintiff to show cause in writing by September 23, 2014 why this action should not be dismissed for failure to prosecute and/or comply with a court order. The court informed plaintiff that if he filed a First Amended Complaint by September 23, 2014, the Order to Show Cause would be automatically discharged.

Plaintiff did not file a First Amended Complaint or otherwise directly respond to the Order to Show Cause by the September 23, 2014 deadline. Instead, on September 8, 2014, plaintiff filed a motion to disqualify the District Judge and Magistrate Judge before whom this case is currently pending. That motion to disqualify was referred to a different District Judge, who denied the motion to disqualify on October 3, 2014.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-3811-MMM (SP) | Date | October 14, 2014 |
|---|---|---|---|
| Title | KARL MASEK v. CITY OF GLENDALE, et al. | | |

As the motion to disqualify is no longer pending, the court will give plaintiff one more opportunity to file a First Amended Complaint or otherwise respond to the court's September 2, 2014 Order to Show Cause. Accordingly, within 21 days of the date of this Order, that is, by **November 4, 2014**, plaintiff is again **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. Plaintiff is cautioned that his failure to timely file a response to the Order to Show Cause will be deemed by the court as consent to the dismissal of this action without prejudice. If plaintiff files a First Amended Complaint by **November 4, 2014**, the Order to Show Cause will be automatically discharged, and plaintiff need not respond to it separately.