JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL MASEK, | Case No. CV 14-03811-MMM (SP) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CITY OF GLENDALE, et al., | |
| Defendants. | |

Pursuant to the Memorandum and Order Dismissing Action for Failure to Prosecute,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: December 18, 2014

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE